In the Matter of LATRESE M. and Others, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; LORETTA M., Appellant, et al., Respondent. [718 NYS2d 682] —Order unanimously affirmed without costs for reasons stated in decision at Erie County Family Court, Townsend, J. (Appeal from Order of Erie County Family Court, Townsend, J.—Terminate Parental Rights.) Present—Pigott, Jr., P. J., Green, Hurlbutt, Scudder and Kehoe, JJ.